1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   ESTATE OF VINCENT FRANK                   Case No.  1:24-cv-00689-JLT-EPG
     BOSCAINO, JR., *by and through Shannon*
12   *Villarroel, as administrator*, et al.

13                  Plaintiffs,                 ORDER GRANTING MOTION TO COMPEL,
                                                IN PART
14         v.
                                                (ECF No. 92)
15   ADVENTIST HEALTH HANFORD, et
     al.,
16
                   Defendants.
17

18

19         Plaintiffs' second amended complaint, filed in part under 42 U.S.C. § 1983, brings Federal

20   and California state law claims, primarily alleging that various Defendants failed to provide

21   adequate medical care to Decedent Vincent Frank Boscaino, Jr., which ultimately led to his death.

22   (ECF No. 91).

23         On October 31, 2025, Plaintiff filed a motion to compel, which contains a joint statement

24   re discovery disagreement under Local Rule 251(c). (ECF No. 92). The motion to compel

25   concerns discovery requests as to only Defendants Adventist Health Hanford and Dr. Mark

26   Monterroso. The Court held a hearing on the motion to compel on November 21, 2025, with all

27   parties concerned appearing through counsel. The Court ruled on the motion on the record,

28   granting it, in part.

                                                  1

For the reasons stated on the record, IT IS ORDERED as follows:

1. Plaintiff's motion to compel (ECF No. 92) is granted, in part, as to only the following discovery requests.

   a. Request for Production of Documents No. 2 as to Adventist Health Hanford – "Produce all YOUR policies, procedures, rules, regulations, protocols, guidelines, standards of care, training materials, or any other written material operative on June 14, 2023 RELATING TO emergency department care." This request is granted only to the extent that Defendant Adventist Health Hanford is required to confirm that the policies already produced in response to this request and identified in Adventist's responses to the discovery request were operative at the time of the incident or that Defendant cannot find operative policies for this time period.

   b. Request for Production of Documents No. 3 as to Adventist Health Hanford – "Produce all YOUR policies, procedures, rules, regulations, protocols, guidelines, standards of care, training materials, or any other written material operative on June 14, 2023 RELATING TO diagnosis and treatment of the condition(s) for which YOU rendered care to Mr. Vincent Frank Boscaino, Jr." This request is granted only to the extent that Defendant Adventist Health Hanford is required to confirm that the policies already produced in response to this request and identified in Adventist's responses to the discovery request were operative at the time of the incident or that Defendant cannot find operative policies for this time period.

   a. Request for Production of Documents No. 4 as to Adventist Health Hanford – "Produce all YOUR policies, procedures, rules, regulations, protocols, guidelines, standards of care, training materials, or any other written material operative on June 14, 2023 RELATING TO staff, agent, and/or contractor evaluations and compliance." This request is granted only to the extent that Defendant Adventist Health Hanford is required to confirm that the policies already produced in response to this request and identified in Adventist's responses to the discovery

request were operative at the time of the incident or that Defendant cannot find operative policies for this time period.

b. Request for Production of Documents No. 5 as to Adventist Health Hanford – "Produce all YOUR policies, procedures, rules, regulations, protocols, guidelines, standards of care, training materials, or any other written material operative on June 14, 2023 RELATING TO care evaluation and compliance." This request is granted only to the extent that Defendant Adventist Health Hanford is required to confirm that the policies already produced in response to this request and identified in Adventist's responses to the discovery request were operative at the time of the incident or that Defendant cannot find operative policies for this time period.

c. Request for Production of Documents No. 8 as to Dr. Mark Monterroso – "Produce all DOCUMENTS RELATING TO YOUR relationship with Vituity, CEP America, LLC, and CEP America - California, including any staffing agreements or partnership DOCUMENTS." This request is granted only to the extent that Defendant Monterroso is directed to produce the documents according to the terms of the protective order on the docket. (ECF No. 49).

d. Request for Production of Documents No. 9 as to Dr. Mark Monterroso – "Produce all billings records submitted on YOUR behalf by Vituity, CEP America, LLC or CEP America - California to Adventist Health Hanford and the California Department of Corrections for care rendered to Mr. Vincent Frank Boscaino, Jr. on June 14, 2023 or for YOUR general emergency department services on June 14, 2023." This request is granted based on Defendant Monterroso's agreement to supplement his response.

e. Request for Production of Documents No. 10 as to Dr. Mark Monterroso – "Produce all DOCUMENTS RELATING TO all insurance agreements and insurance declaration pages in effect on June 14, 2023." This request is granted only to the extent that Defendant Monterroso is directed to produce the documents according to the terms of the protective order on the docket. (ECF No. 49).

   f. Interrogatory No. 5 as to Dr. Mark Monterroso – "Identify all prescriptions and their dosage you ordered or administered on June 14, 2023 as it RELATES TO Mr. Vincent Frank Boscaino, Jr." This request is granted based on Defendant Monterroso's agreement to supplement his response.

2. Plaintiff's motion to compel (ECF No. 92) is denied as to all other discovery requests.

3. Plaintiff's motion for attorney's fees (ECF No. 92, p. 5); Defendant Adventist Health Hanford's motion for attorney's fees (ECF No. 95, p. 8) and Defendant Monterroso's motion for attorney's fees (ECF No. 101, pp. 4-5) are denied.

IT IS SO ORDERED.

Dated:  **November 21, 2025**    /s/ _Erica P. Grosjean_

            UNITED STATES MAGISTRATE JUDGE