**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF VINCENT FRANK BOSCAINO, JR., et al., <br><br> Plaintiff, <br><br> v. <br><br> ADVENTIST HEALTH HANFORD, et al., <br><br> Defendants. | Case No.: 1:24-cv-00689 JLT EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL <br><br> (Docs. 66, 108) |

Plaintiffs bring federal and California state law claims, alleging that various Defendants failed to provide adequate medical care to Decedent Vincent Frank Boscaino, Jr., which ultimately led to his death.

On December 9, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that Defendant Adventist Health Hanford's motion to dismiss be denied. (Docs. 66, 108.) The Findings and Recommendations advised the parties that any objections were due within 14 days. (*Id.* at 9.) The parties were further warned that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No party has filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated December 9, 2025 (Doc. 108) are **ADOPTED** in full.
2. Adventist Health Hanford's motion to dismiss (Doc. 66) is **DENIED**.

IT IS SO ORDERED.

Dated: __**December 31, 2025**__

_____
UNITED STATES DISTRICT JUDGE

2