**FILED**

AO 154  (10/03) Substitution of Attorney

APR 0 6 2026

# UNITED STATES DISTRICT COURT

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

_____**EASTERN**_____    **District of** _____**CALIFORNIA**_____

Estate of Vincent Frank Boscaino, Jr., et al.
                              Plaintiff (s),

**V.**

KWPH Enterprises, Inc.
                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:24-cv-00689-JLT-EPG

Notice is hereby given that, subject to approval by the court, KWPH ENTERPRISES, INC. substitutes
                                                                                    (Party (s) Name)

RICHARD J. RYAN, ESQ. , State Bar No. 106587 as counsel of record in
         (Name of New Attorney)

place of    RICHARD J. RYAN
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    BUCHHOLZ, HARRIS, LEVINE & BRENNAN, PC

Address:    12100 Wilshire Blvd., Suite 400, Los Angeles, CA 90025

Telephone:    (310) 479-0944    Facsimile (619) 231-0886

E-Mail (Optional):

I consent to the above substitution.

Date:    3/27/2026

_Erik Peterson_
(Signature of Party (s))

I consent to being substituted.

Date:    3/26/2026

_Richard J. Ryan_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/26/2026

_Moira S. Brennan_
(Signature of New Attorney)
Moira S. Brennan

The substitution of attorney is hereby approved and so ORDERED.

Date:    7/6/26

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]