

FILED

AO 154 (10/03) Substitution of Attorney

APR 0 6 2026

# UNITED STATES DISTRICT COURT

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
~~DEPUTY CLERK~~

FMN

EASTERN _____ District of _____ CALIFORNIA _____

Estate of Vincent Frank Boscaino, Jr., et al.

Plaintiff (s),

V.

KWPH Enterprises, Inc.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-00689-JLT-EPG

Notice is hereby given that, subject to approval by the court, MANUEL SANDOVAL _____ substitutes

(Party (s) Name)

RICHARD J. RYAN, ESQ. _____, State Bar No. 106587 _____ as counsel of record in

(Name of New Attorney)

place of    RICHARD J. RYAN _____

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    BUCHHOLZ, HARRIS, LEVINE & BRENNAN, PC

Address:    12100 Wilshire Blvd., Suite 400, Los Angeles, CA 90025

Telephone:    (310) 479-0944 _____ Facsimile (619) 231-0886

E-Mail (Optional): _____

I consent to the above substitution.

Date:    3/31/26

_Manuel Sandoval_

(Signature of Party (s))

I consent to being substituted.

Date:    3/26/2026

_Richard J. Ryan_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/26/2026

_Moira S. Brennan_

(Signature of New Attorney)

Moira S. Brennan

The substitution of attorney is hereby approved and so ORDERED.

Date:    4/6/26

_E. P._ _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]