UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE of VINCENT FRANK BOSCAINO, Jr. by and through SHANNON VILLARROEL, as Administrator, JAMES BOSCAINO, RONALD BOSCAINO, CATHERINE DOSS, and SUSAN MOSS,

        Plaintiffs,

     vs.

ADVENTIST HEALTH HANFORD, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, KWPH ENTERPRISES, INC., KATHLEEN ALLISON, ANTHONY ANDRZEJEWSKI, EVERETT BENYARD, JOSEPH BICK, TAMMY CAMPBELL, JOSE CEBALLOS, ERNESTO CORTEZ, CONNIE GIPSON, JOSEPH GIURBINO, ALEJANDRO GONZALEZ, JOSE LUIS GONZALEZ, FRANCISCO HERNANDEZ, KRISTIN KYLE, KAYLA LEON, DANIEL LINARES, MARK LONDON, ERIC LUNSFORD, BRETT MAREAN, CONNELL McCABE, MARK MONTERROSO, BRIAN PHI, MIGUEL RODRIGUEZ, MANUEL SANDOVAL, SCOTT STEADMAN, SAMUEL TAYLOR, SANDEEP TUNG, and DOES 1-100,

        Defendants.

Case No. 1:24-cv-00689-JLT-EPG

STIPULATION AND ORDER MODIFYING CASE SCHEDULE

1

Pursuant to Local Rule 144, plaintiffs, the California Department of Corrections and Rehabilitation (CDCR) defendants, and Dr. Mark Monterroso submit the following stipulation modifying the current case schedule in this case. (ECF No. 115.)

Currently, the case schedule is as follows:

June 30, 2026 – Non-Expert Discovery Cutoff

July 30, 2026 – Expert Disclosure

August 31, 2026 – Rebuttal Expert Disclosure

September 30, 2026 – Expert Discovery Cutoff

November 16, 2026 – Deadline to file dispositive motions

March 22, 2027 – Pretrial Conference

May 25, 2027 – Jury Trial

On June 1, 2026, the plaintiffs and American Ambulance defendants reached a settlement. (ECF Nos. 147-48.)

On June 3, 2026, the Court granted plaintiffs and the CDCR defendants' request to reset the August 3, 2026 settlement conference to July 9, 2026. (ECF No. 150.)

Plaintiffs, the CDCR defendants, and Dr. Monterroso stipulate and request the case schedule be modified as follows:

September 7, 2026 – Non-Expert Discovery Cutoff

October 16, 2026 – Expert Disclosure

October 30, 2026 – Rebuttal Expert Disclosure

November 13, 2026 – Expert Discovery Cutoff

November 30, 2026 – Deadline to file dispositive motions

The Pretrial Conference and Jury Trial dates to remain the same.

The plaintiffs and CDCR defendants request the extension to allow time to resolve their remaining discovery disputes and to preserve deposition costs prior to the settlement conference.

On June 15, 2026, plaintiffs' counsel reached out to counsel for defendant Adventist regarding the stipulation to extend the discovery cutoff. On June 19, 2026, plaintiffs' counsel provided defense counsel this draft stipulation. As of this filing, counsel for Adventist has not responded.

Dated: June 22, 2026

KIM LAW OFFICE

By: _/s/ Andrew Chan Kim_
        Andrew Chan Kim

Attorneys for Plaintiff
ESTATE of VINCENT FRANK BOSCAINO, Jr., *et al.*

DATED: JUNE 22, 2026

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General

***/s/ Terrence F. Sheehy***

TERRENCE F. SHEEHY
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation,*
*California Correctional Health Care Services. C. McCabe,*
*M.D., J. Luis Gonzalez, A. Gonzalez, B. Marean, R.N., J.*
*Giurbino, S. Steadman, E. Lunsford, N.P., K. Leon, R.N., E.*
*Benyard, E. Cortez, T. Campbell, S. Tung, R.N., K. Allison,*
*J. Ceballos, C. Gipson, B. Phi, K. Kyle, LCSW, A.*
*Andrzejewski, R.N., M. Rodriguez, J. Bick, M.D., and F.*
*Hernandez, N.P.*

3

ORDER

Upon consideration, and good cause appearing, The Court shall GRANT the parties' stipulation and HEREBY ORDERS the case schedule to be modified as follows:

- **September 7, 2026 – Non-Expert Discovery Cutoff**
- **October 16, 2026 – Expert Disclosure**
- **October 30, 2026 – Rebuttal Expert Disclosure**
- **November 13, 2026 – Expert Discovery Cutoff**
- **November 30, 2026 – Deadline to file dispositive motions**

The Pretrial Conference and Jury Trial dates to remain the same.

**IT IS SO ORDERED.**

**DATED:   June 23, 2026**                    /s/ *Erica P. Grosjean*

                                                              **UNITED STATES MAGISTRATE JUDGE**