UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE of VINCENT FRANK BOSCAINO, Jr. by and through SHANNON VILLARROEL, as Administrator, JAMES BOSCAINO, RONALD BOSCAINO, CATHERINE DOSS, and SUSAN MOSS,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTIST HEALTH HANFORD, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, KWPH ENTERPRISES, INC., KATHLEEN ALLISON, ANTHONY ANDRZEJEWSKI, EVERETT BENYARD, JOSEPH BICK, TAMMY CAMPBELL, JOSE CEBALLOS, ERNESTO CORTEZ, CONNIE GIPSON, JOSEPH GIURBINO, ALEJANDRO GONZALEZ, JOSE LUIS GONZALEZ, FRANCISCO HERNANDEZ, KRISTIN KYLE, KAYLA LEON, DANIEL LINARES, MARK LONDON, ERIC LUNSFORD, BRETT MAREAN, CONNELL McCABE, MARK MONTERROSO, BRIAN PHI, MIGUEL RODRIGUEZ, MANUEL SANDOVAL, SCOTT STEADMAN, SAMUEL TAYLOR, SANDEEP TUNG, and DOES 1-100,<br><br>Defendants. | Case No. 1:24-cv-00689-JLT-EPG<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>**(ECF No. 168)** |

The plaintiffs and KWPH Enterprises, Inc. defendants filed a stipulation and proposed order to extend the deadline to file dispositional documents. (ECF No. 162.)

The Court granted the parties' stipulation and ordered the parties to file the appropriate dispositional documents by no later than August 14, 2026. (ECF No. 163.)

The settlement agreement between the parties has been fully executed. The parties, however, request a further continuance until after the executory period ends. The parties anticipate the executory period to end August 22, 2026.

Accordingly, the parties request the deadline to file dispositional documents be continued to August 24, 2026.

IT IS SO STIPULATED.

Dated: August 14, 2026

KIM LAW OFFICE

By: _*/s/ Andrew Chan Kim*_
Andrew Chan Kim

Attorneys for Plaintiff
ESTATE of VINCENT FRANK BOSCAINO, Jr., *et al.*

Dated: August 14, 2026

BUCHHOLZ, HARRIS, LEVINE & BRENNAN, P.C.

By: _*/s/ Yifei "Maggie" Zou*_
Yifei "Maggie" Zou
Attorneys for Defendants
KWPH ENTERPRISES, INC., DANIEL LINARES, MARK LONDON, MANUEL SANDOVAL, and SAMUEL TAYLOR

**ORDER**

Pursuant to the stipulation of the parties identified above, the deadline for plaintiffs and KWPH Enterprises, Inc. to file dispositional documents per ECF No. 163 is continued to August 24, 2026.

IT IS SO ORDERED.

Dated: **August 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE