UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE of VINCENT FRANK BOSCAINO, Jr., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTIST HEALTH HANFORD, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00689-JLT-EPG<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AS TO K.W.P.H. ENTERPRISES, INC., DANIEL LINARES, MARK LONDON, MANUEL SANDOVAL, AND SAMUEL TAYLOR**<br><br>(ECF No. 170) |

Plaintiffs Estate of Vincent Frank Boscaino, Jr. by and through Shannon Villarroel, as Administrator, James Boscaino, Ronald Boscaino, Catherine Doss, and Susan Moss and defendants K.W.P.H. Enterprises, Inc., Daniel Linares, Mark London, Manuel Sandoval, and Samuel Taylor, by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall be dismissed with prejudice as to all claims and causes of action brought against the above-identified defendants. Plaintiffs and defendants will each bear their own attorneys' fees and costs associated with the dismissed claims.

IT IS SO STIPULATED.

Dated: August 24, 2026

KIM LAW OFFICE

By: _/s/ Andrew Chan Kim_
Andrew Chan Kim

Attorney for Plaintiffs
ESTATE of VINCENT FRANK BOSCAINO, Jr., *et al.*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties identified above, under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that all claims and causes of action against defendants K.W.P.H. Enterprises, Inc., Daniel Linares, Mark London, Manuel Sandoval, and Samuel Taylor *only* shall be dismissed with each party to bear their own attorneys' fees and costs incurred with respect to this action.

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE