UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VINCENT FRANK BOSCAINO, JR., *by and through Shannon Villarroel, as administrator, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH HANFORD, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00689-JLT-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL OF CLAIMS AGAINST MARK MONTERROSO, MD<br><br>ORDER REQUIRING REMAINING DEFENDANTS TO FILE POSIITON ON STIPULATION, OR A STIPULATION SIGNED BY ALL PARTIES WHO HAVE APPEARED<br><br>(ECF No. 181) |

On September 24 ,2026, Plaintiffs Estate of Vincent Frank Boscaino, Jr., by and through Shannon Villarroel, James Boscaino, Ronald Boscaino, Catherine Doss, and Susan Moss and Defendant Mark Monterroso, MD filed a joint stipulation dismissing the claims against Defendant Mark Monterroso, MD with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 181).

However, Fed. R. Civ. P. 41(a)(1)(A)(ii) requires that a stipulation of dismissal be "signed by all parties who have *appeared*." (emphasis added). The joint stipulation that was filed lacks a signature from counsel representing Defendants Adventist Medical Center – Hanford, California Correctional Health Care Services, California Department of Corrections and Rehabilitation, Kathleen Allison, Anthony Andrzejewski, Everett Benyard, Joseph Bick, Tammy Campbell, Jose Ceballos, Ernesto Cortez, Connie Gipson, Joseph Giurbino, Alejandro Gonzalez, Jose Luis Gonzalez, Francisco Hernandez, Kristin Kyle, Kayla Leon, Eric Lunsford, Brett Marean, Connell McCabe, Brian Phi, Miguel Rodriguez, Scott Steadman, and Sandeep Tung, who have made an

appearance in this action. As such, a signature is required from these defendants before the claims against Defendant Mark Monterroso, MD may be voluntarily dismissed by a joint stipulation.

Accordingly, no later than October 2, 2026, Defendants Adventist Medical Center – Hanford, California Correctional Health Care Services, California Department of Corrections and Rehabilitation, Kathleen Allison, Anthony Andrzejewski, Everett Benyard, Joseph Bick, Tammy Campbell, Jose Ceballos, Ernesto Cortez, Connie Gipson, Joseph Giurbino, Alejandro Gonzalez, Jose Luis Gonzalez, Francisco Hernandez, Kristin Kyle, Kayla Leon, Eric Lunsford, Brett Marean, Connell McCabe, Brian Phi, Miguel Rodriguez, Scott Steadman, and Sandeep Tung, shall file a signed document reflecting its approval or disapproval of Plaintiff's request for dismissal with prejudice against Defendant Mark Monterroso, MD. (ECF No. 181).

Alternatively, by no later than October 2, 2026, the parties may file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **September 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE