UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE of VINCENT FRANK BOSCAINO, Jr. by and through SHANNON VILLARROEL, as Administrator, JAMES BOSCAINO, RONALD BOSCAINO, CATHERINE DOSS, and SUSAN MOSS,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTIST HEALTH HANFORD, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, KWPH ENTERPRISES, INC., KATHLEEN ALLISON, ANTHONY ANDRZEJEWSKI, EVERETT BENYARD, JOSEPH BICK, TAMMY CAMPBELL, JOSE CEBALLOS, ERNESTO CORTEZ, CONNIE GIPSON, JOSEPH GIURBINO, ALEJANDRO GONZALEZ, JOSE LUIS GONZALEZ, FRANCISCO HERNANDEZ, KRISTIN KYLE, KAYLA LEON, DANIEL LINARES, MARK LONDON, ERIC LUNSFORD, BRETT MAREAN, CONNELL McCABE, MARK MONTERROSO, BRIAN PHI, MIGUEL RODRIGUEZ, MANUEL SANDOVAL, SCOTT STEADMAN, SAMUEL TAYLOR, SANDEEP TUNG, and DOES 1-100,<br><br>Defendants. | Case No. 1:24-cv-00689-JLT-EPG<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO PLAINTIFF SUSAN MOSS**<br><br>**(ECF No. 182)** |

Plaintiff Susan Moss and defendants Adventist Medical Center – Hanford, California Correctional Health Care Services, California Department of Corrections and Rehabilitation, Kathleen Allison, Anthony Andrzejewski, Everett Benyard, Joseph Bick, Tammy Campbell, Jose Ceballos, Ernesto Cortez, Connie Gipson, Joseph Giurbino, Alejandro Gonzaelz, Jose Luis Gonzalez, Francisco Hernandez, Kristin Kyle, Kayla Leon, Eric Lunsofrd, Brett Marean, Connell McCabe, Brian Phi, Miguel Rodriguez, Scott Steadman, and Sandeep Tung, by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall be dismissed with prejudice as to all claims and causes of action brought by Ms. Moss against the above-identified defendants. Plaintiff and defendants will bear their own costs and fees, including attorneys' fees.

IT IS SO STIPULATED.

Dated: September 24, 2026

KIM LAW OFFICE

By: _/s/ *Andrew Chan Kim*_
Andrew Chan Kim

Attorneys for Plaintiff
ESTATE of VINCENT FRANK BOSCAINO, Jr., *et al.*

Dated: September 24, 2026

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General

By: /s/ *Terrence F. Sheehy*

TERRENCE F. SHEEHY
Deputy Attorney General
*Attorneys for Defendants Kathleen Allison, Connie Gipson, Joseph Bick, A. Andrzejewski, F. Hernandez, K. Kyle, K. Leon, E. Lunsford, B. Marean, C. McCabe, B. Phi, M. Rodriguez, T. Campbell, J. Ceballos, E. Benyard, J. Giurbino, S. Steadman, and S. Tung*

Dated: September 24, 2026

McCORMICK BARSTOW LLP

By: _/s/ *Daniel L. Wainwright*_
Daniel L. Wainwright
Attorneys for Defendant
Adventist Medical Center – Hanford

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties identified above, under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action is dismissed with prejudice as to Susan Moss' claims and causes of action against defendants Adventist Medical Center – Hanford, California Correctional Health Care Services, California Department of Corrections and Rehabilitation, Kathleen Allison, Anthony Andrzejewski, Everett Benyard, Joseph Bick, Tammy Campbell, Jose Ceballos, Ernesto Cortez, Connie Gipson, Joseph Giurbino, Alejandro Gonzalez, Jose Luis Gonzalez, Francisco Hernandez, Kristin Kyle, Kayla Leon, Eric Lunsford, Brett Marean, Connell McCabe, Brian Phi, Miguel Rodriguez, Scott Steadman, and Sandeep Tung only, with each party to bear their own costs and fees, including attorneys' fees, incurred with respect to this action.

Accordingly, the Clerk of Court is directed to terminated Susan Moss as a plaintiff.

IT IS SO ORDERED.

Dated: **September 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE