UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF VINCENT FRANK BOSCAINO, JR., *by and through Shannon Villarroel, as administrator, et al.*,

Plaintiffs,

v.

ADVENTIST HEALTH HANFORD, *et al.*,

Defendants.

Case No. 1:24-cv-00689-JLT-EPG

ORDER REGARDING STIPULATION OF DISMISSAL OF CLAIMS AGAINST MARK MONTERROSO, MD

(ECF No. 181)

On September 24 ,2026, Plaintiffs Estate of Vincent Frank Boscaino, Jr., by and through Shannon Villarroel, James Boscaino, Ronald Boscaino, Catherine Doss, and Susan Moss and Defendant Mark Monterroso, MD filed a joint stipulation dismissing the claims against Defendant Mark Monterroso, MD with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 181).

On September 28, 2026, the Court entered an order requiring the remaining defendants to file their position on the stipulation to dismiss Defendant Monterroso, or a stipulation signed by all parties who have appeared. (ECF No. 184).

All defendants who have made an appearance in this action, namely Defendants Adventist Medical Center – Hanford, California Correctional Health Care Services, California Department of Corrections and Rehabilitation, Kathleen Allison, Anthony Andrzejewski, Everett Benyard, Joseph Bick, Tammy Campbell, Jose Ceballos, Ernesto Cortez, Connie Gipson, Joseph Giurbino, Alejandro Gonzalez, Jose Luis Gonzalez, Francisco Hernandez, Kristin Kyle, Kayla Leon, Eric

Lunsford, Brett Marean, Connell McCabe, Brian Phi, Miguel Rodriguez, Scott Steadman, and Sandeep Tung, have now filed statements approving the dismissal. (ECF Nos. 186, 192).

In light of these filings, this action against Defendant Mark Monterroso, MD has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with Plaintiffs and Defendant Monterroso to bear their own costs and fees, including attorneys' fees.

Accordingly, the Clerk of Court is directed to terminate Mark Monterroso, MD as a defendant.

IT IS SO ORDERED.

Dated: **October 6, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE